UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

Timothy Wynn

-v-

Lawrence Sears

USCA NO. _____

SDNY NO. 07 cv 5523

JUDGE: KMW

DATE: July 24, 2007

JUL 24 2007

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) THOMAS PISARCZYK
FIRM APPEALS SECTION
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------

DOCUMENTS                                                      DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of July, 2007.

**United States District Court for the Southern District of New York**

Date: July 24, 2007

U.S.C.A. # _____

U.S.D.C. # 07cv5523

D.C. JUDGE KMW

------------------------------------------------

Wynn

-V-

Sears

------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, HABEAS

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05523-KMW
### Internal Use Only

Timothy Wynn v. Lawrence Sears  
Assigned to: Judge Kimba M. Wood  
Case in other court: USDC-NDNY, 9:06-cv-1521  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/11/2007  
Date Terminated: 06/11/2007  
Jury Demand: Plaintiff  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | CASE TRANSFERRED IN from the United States District Court - Northern District of New York; Case Number: 9:06-cv-1521-LEK-GJD. Original file with documents numbered 1-4, certified copy of transfer order and docket entries received.(tro) (Entered: 06/27/2007) |
| 06/11/2007 |  | Magistrate Judge Debra C. Freeman is so designated. (tro) (Entered: 06/27/2007) |
| 06/11/2007 |  | Mailed letter to the United States District Court - Northern District of New York acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (tro) (Entered: 06/27/2007) |
| 06/11/2007 | 2 | ORDER OF DISMISSAL, I grant petitioner's request to proceed in forma pauperis, but dismiss the instant petition for the reasons set forth. Accordingly, the petition, filed in forma pauperis under 28 U.S.C. 1915(a)(1) is dismissed.... Since the instant habeas application presents no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/28/2007) |
| 06/11/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/7) (laq) (Entered: 06/28/2007) |
| 06/27/2007 | 4 | PRO SE MEMORANDUM dated 6/28/2007 re: CHANGE OF ADDRESS for Timothy Wynn. New Address: 134 Tompkins Terrance, Beacon, NY, 12508, (845) 765-2129. (jar) (Entered: 07/05/2007) |
| 07/23/2007 | 5 | NOTICE OF APPEAL from [3] Judgment - Sua Sponte (Complaint). Document filed by Timothy Wynn. (tp) (Entered: 07/24/2007) |
| 07/23/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Timothy Wynn. $455.00 APPEAL FEE DUE. IFP REVOKED 6/11/07. COA DENIED 6/11/07. (tp) (Entered: 07/24/2007) |
| 07/24/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/24/2007) |
| 07/24/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/24/2007) |